THERESA COVIELLO, Respondent, v. FRANK J. COVIELLO, Appellant, et al., Defendants.— In an action by a guest in an automobile owned and operated by appellant to recover damages for personal injuries sustained in a collision of that automobile and another at a road intersection, judgment in respondent's favor, entered upon the verdict of a jury, unanimously affirmed, with costs. No opinion. Present—Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

WILLIAM DOBBS, Respondent, v. DENNIS KING, Appellant.—In an action by the seller for specific performance of a real estate contract and for damages, order striking the defense of the Statute of Frauds from defendant's answer and granting summary judgment to plaintiff, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell and Wenzel, JJ., concur; Adel and Sneed, JJ., dissent and vote to reverse the order and to deny the motion on the ground that a triable issue of fact exists.

MARCELINO GARCIA, as Surviving Executor of MANUEL DIAZ, Deceased, et al., Appellants, v. PAN AMERICAN AIRWAYS, INC., Respondent, et al., Defendants.— Judgment in favor of plaintiffs for the limited sum of $8,291.87, and order directing the entry of such judgment upon the motion of respondent Pan American Airways, Inc., unanimously affirmed, with $10 costs and disbursements. There is no merit in the additional contention presented on this appeal that the ticket issued to the decedent did not comply with the requirement of the Warsaw Convention that it contain a statement that his transportation was subject to the rules relating to liability established by the convention. Other arguments advanced by appellants have, concededly, been decided by this court on the prior appeal relating to the sufficiency of the affirmative defenses. (*Garcia* v. *Pan American Airways,* 269 App. Div. 287, affd. 295 N. Y. 852, certiorari denied 329 U. S. 741.) Present—Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ.